IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| AMY McDILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv597-MHT |
| | ) | (WO) |
| STATE OF ALABAMA BOARD OF PARDONS AND PAROLES, et al., | ) ) ) ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants State of Alabama Board of Pardons and Paroles, Phil Bryant, Stacey Brown, Chris Norman, Cliff Walker, Lynn Head, and Terry G. Davis's motion for summary judgment (Doc. 89) is granted.

(2) Judgment is entered in favor of defendants State of Alabama Board of Pardons and Paroles, Bryant, Brown, Norman, Walker, Head, and Davis and against plaintiff Amy

McDill, with plaintiff McDill taking nothing by her complaint.

It is further ORDERED that the motion to continue trial (Doc. 128) is denied as moot.

It is further ORDERED that costs are taxed against plaintiff McDill, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of February, 2022.

                     /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE